# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA A. GORE,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CITIZENS ONE HOME LOANS, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-01562-JCM-NJK<br><br>ORDER |

Presently before the Court is the parties' joint interim status report. Docket No. 21. The interim status report does not provide 3 alternative available trial dates. *See* Local Rule 26-3. Accordingly, the Court hereby **ORDERS** the parties to submit a joint interim status report that complies with the Local Rules, no later than December 23, 2016.

IT IS SO ORDERED.

DATED: December 19, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　United States Magistrate Judge