David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, PATRICIA A. GORE*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA A. GORE, <br><br> Plaintiff, <br><br> v. <br><br> CITIZENS ONE HOME LOANS; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC, <br><br> Defendants. | Case No. 2:16-cv-01562-JCM-NJK <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>BANK OF AMERICA, N.A. ONLY</u>** |

Plaintiff PATRICIA A. GORE and BANK OF AMERICA, N.A. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, BANK OF AMERICA, N.A.**. Each party shall bear its own attorney's fees, interest, and costs of suit.

Dated: January 10, 2017

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Rex D. Garner, Esq.<br>Rex D. Garner, Esq.<br>Akerman LLP<br>1160 Town Center Drive<br>Suite 330<br>Las Vegas, NV 89144<br>*Attorney for Defendant BANK OF AMERICA, N.A.* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: January 12, 2017